JOEL D. TAYLOR (13378)
SMITH R. STUBBS
OSCAR CASTRO
SPENCER FANE LLP
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
Email: jtaylor@spencerfane.com
　　　　sstubbs@spencerfane.com
　　　　ocastro@spencerfane.com

*Attorneys for Plaintiffs Owners Insurance Company & Auto-Owners Insurance Company*

**This document requires you to respond. If you do not respond, to this document within applicable time limits, judgment could be entered against you as requested.**

# IN THE UNITED STATES DISTRICT COURT, STATE OF UTAH

# SOUTHERN REGION OF THE CENTRAL DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY, a Michigan corporation, AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation. <br><br> Plaintiffs, <br><br> v. <br><br> STRAIGHT UP BUILDERS, INC. a Utah corporation, DARBY SCOTT ROWLAND, an individual, and AMANDA JEAN DWORAK ROWLAND, and individual, <br><br> Defendants, | **COMPLAINT FOR DECLARATORY RELIEF** <br><br> Case No. <br><br> Judge |

Plaintiffs, Owners Insurance Company & Auto-Owners Insurance Company, for a cause of action against Defendants Straight Up Builders, Inc., Darby Scott Rowland, and Amanda Jean Dworak Rowland, complain and alleges as follows:

SLC 7479222.1

## PARTIES

1. Owners Insurance Company is a duly authorized insurance company incorporated under the laws of the State of Michigan, with its principal place of business in Lansing, Michigan, and doing business in the State of Utah.

2. Auto-Owners Insurance Company is a duly authorized insurance company incorporated under the laws of the State of Michigan, with its principal place of business in Lansing, Michigan, and doing business in the State of Utah.

3. Straight Up Builders, Inc. is a corporation organized under the laws of the State of Utah, with its principal place of business in LaVerkin, Utah.

4. Darby Scott Rowland is an individual who resides in Washington County, Utah.

5. Amanda Jean Dworak Rowland is an individual who resides in Washington County, Utah.

## JURISDICTION AND VENUE

6. This Court has diversity jurisdiction over this controversy under 28 U.S.C. § 1332(a) in that the dispute is between citizens of different states. Defendants Darby Scott Rowland and Amanda Jean Dworak Rowland (collectively "Rowlands") assert that the amount in controversy exceeds $300,000 in their Complaint wherein they assert damages are in excess of $300,000, and therefore the amount in controversy meets the Court's jurisdictional requirements.

7. Venue is proper in the United States District Court for the State of Utah Southern Region of the Central Division, pursuant to 28 U.S.C. § 1391(a) & (b), because a substantial part of the events of omissions giving rise to this coverage dispute occurred in Washington County, State of Utah, where the underlying litigation was filed.

SLC 7479222.1

8. This is an action for declaratory judgment brought pursuant to 28 U.S.C. § 2201(a) to declare the rights and obligations of the parties under an insurance policy issued by Owners Insurance Company and an insurance policy issued by Auto-Owners Insurance Company (Owners Insurance Company and Auto-Owners Insurance Company hereinafter collectively referred to as "OIC") to Defendant Straight Up Builders, Inc. (hereinafter referred to as "SUB").

9. SUB is the named insured of a Tailored Protection Insurance Policy, policy number 184643-57203288-20, issued by Owners Insurance Company. A true and correct copy of the subject insurance policy is attached hereto as Exhibit A.

10. SUB is the named insured of a Commercial Umbrella Insurance Policy, policy number 51-783-214-00, issued by Auto-Owners Insurance Company. A true and correct copy of the subject insurance policy is attached hereto as Exhibit B.

**GENERAL FACTUAL ALLEGATIONS**

11. OIC incorporates each of the allegations set forth above as though fully set forth herein.

**A. THE CLAIM(S)**

12. This declaratory judgment action is the result of a lawsuit filed by the Rowlands against SUB in the Fifth Judicial District Court in and for Washington County, State of Utah. A copy of the Complaint filed by the Rowlands against SUB is attached hereto as Exhibit C and incorporated by reference.

13. On or about December 10, 2020, SUB entered into a Real Estate Purchase Contract which included addendums 1 through 7 (hereinafter "REPC") with the Rowlands to purchase a

lot located at Cliff Shadow Subdivision, Lot 5; 1192 South 100 West Hurricane, Utah and for SUB to construct a home on the lot. (hereinafter the "residence")

14. SUB was the general contractor for the construction of the residence.

15. As part of the construction of the residence, SUB hired subcontractors to complete various items associated with the construction agreed upon in the REPC.

16. The construction was completed, and the Rowlands took possession of the residence in February 2021. Upon information and belief, the Rowlands received an express builder's warranty from SUB which provided warranty coverage for the building of the residence.

17. Upon information and belief, after taking possession of the residence and within the warranty period, the Rowlands noticed cracking and separation of an exterior concrete wall.

18. Upon information and belief, more recently the Rowlands have noticed numerous cracks around several windows, doors, walls, and ceilings throughout the interior of the residence.

19. Upon information and belief, the Rowlands made SUB aware of the conditions within the residence and made several attempts to work with SUB to resolve the existing problems.

20. On or about November 1, 2024, the Rowlands filed a Complaint in Utah's Fifth Judicial District Court of Washington County against SUB alleging 1) Breach of Contract, 2) Breach of Warranty, 3) Breach of the Covenant of Good Faith and Fair Dealing, 4) Breach of the Implied Warranty of Workmanlike Manner and Habitability, 5) Fraud and Misrepresentation, and 6) Unjust Enrichment. The owners incorporated the terms of the REPC into the Complaint filed against SUB (the "Construction Litigation").

21. The Rowlands Complaint alleges damages against SUB in excess of $300,000, punitive damages, attorneys' fees and costs.

### B. THE TAILORED PROTECTION POLICY:

22. OIC incorporates each of the allegations set forth above as though fully set forth herein.

23. OIC issued general liability insurance to SUB in the form of Policy No. 184643-57203288-20 with coverage effective dates of May 23, 2020, to May 23, 2021 (hereinafter "the GL Policy"). *See* Exhibit A.

24. The Policy contains Commercial General Liability Coverage Form, commercial general liability CG 00 01 04 13, and an endorsement that changes the Policy. The endorsement, Exclusion – Damage to Work Performed By Subcontractors On Your Behalf, CG 22 94 10 01, modifies the general liability insurance coverage for SUB. Both the Commercial General Liability Insurance Form and the endorsement relate to coverage in this matter.

25. The Policy contains the following information for coverage of claims:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM – CG 00 01 04 13**

*COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE*

*LIABILITY 1. Insuring Agreement*

  a. *We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. We may at our discretion investigate any claim or "occurrence" and settle any claim or "suit" that may result. But:*

   *(1)   The amount we will pay for damages is limited as described in Section **III** - Limits of Insurance; and*

>    *(2)    Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage **A** or **B** or medical expenses under Coverage **C**.*
>
>    *No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.*
>
> **b.**  This insurance applies to "bodily injury" and "property damage" only if:
>
>    (1)    The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";
>
>    (2)    The "bodily injury" or "property damage" occurs during the policy period; and
>
>    (3)    Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.
>
> **c.**   "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.
>
> **d.**  "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II -** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:
>
>     (1)    Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;
>
>    (2)    Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or
>
>    (3)    Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

SLC 7479222.1

  *e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".*

26. The Policy also includes the following relevant exclusions:

 *2. Exclusions*

  *This insurance does not apply to:*

  *a. **Expected Or Intended Injury***

  *"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.*

  *b. **Contractual Liability***

  *"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:*

  *(1) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. However, if the insurance under this policy does not apply to the liability of the insured, it also does not apply to such liability assumed by the insured under an "insured contract".*

  *(2) That the insured would have in the absence of the contract or agreement.*

 ***j. Damage To Property***

 *"Property damage" to:*

  *(1) Property you own, rent, occupy or use, including any cost or expense incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;*

  *(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;*

*(3) Property loaned to you;*

*(4) Personal property in the care, custody or control of, or over which physical control is being exercised for any purpose by any insured;*

*(5) That particular part of real property on which any insured or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or*

*(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.*

*Paragraphs (1), (3), and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.*

*Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.*

*Paragraphs (3), (4), (5), and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.*

*Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".*

k.  **Damage To Your Product**

   *"Property damage" to "your product" arising out of it or any part of it.*

l.  **Damage To Your Work**

   *"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".*

   *This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.*

m.  **Damage To Impaired Property Or Property Not Physically Injured**

   *"Property damage" to "impaired property" or property that has not been physically injured, arising out of:*

> *(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or*
>
> *(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.*
>
> *This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.*

27. Section II of the Policy provides relevant information regarding who is considered an insured. It includes the following:

   ***SECTION II – WHO IS AN INSURED***

   1. *If you are designated in the Declarations as:*

      *d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.*

   2. *Each of the following is also an insured:*

      *a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business are the definitions of the words in quotations.*

28. The Policy contains conditions for an insured if a loss occurs. The applicable language is as follows:

   ***SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS***

   2. *Duties In The Event Of Occurrence, Offense, Claim Or Suit*

9

      *a. You must see to it that we are notified as soon as practicable of an "occurrence" or an     offense which may result in a claim. To the extent possible, notice should include:*
            *(1) How, when and where the "occurrence" or offense took place;*
            *(2) The names and addresses of any injured persons and witnesses; and*
            *(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.*

29. The Policy also includes the following relevant definitions:

    ***SECTION V – DEFINITIONS***

    3. *"Bodily injury" means bodily injury, bodily sickness or bodily disease sustained by a person, including death resulting from any of these at any time.*

    4. *"Coverage territory" means:*
      *a. The United States of America (including its territories and possessions), Puerto Rico and Canada;*

      *b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or*

      *c. All other parts of the world if the injury or damage arises out of:*

          *(1) Goods or products made or sold by you in the territory described in **a.** above;*

          *(2) The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or*

          *(3) "Personal injury" or "advertising injury" offenses that take place through the Internet or similar electronic means of communication provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.*

    **9.** *"Insured contract" means:*

    *a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";*

    *b. A sidetrack agreement;*

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement; or

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph *f.* does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

SLC 7479222.1

   b. Loss of use of tangible property that is not physically injured. All such loss shall be deemed to occur at the time of the "occurrence" that caused it.

*For the purposes of this insurance, electronic data is not tangible property.*

*As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.*

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

   a.   An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b.   Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

21. "Your product":

   **a.** Means:

      **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

         (a) You;

         (b) Others trading under your name; or

         (c) A person or organization whose business or assets you have acquired; and

      **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   **b.** Includes:

      **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

      **(2)** The providing of or failure to provide warnings or instructions.

  *c. Does not include vending machines or other property rented to or located for the use of others but not sold.*

**22.** *"Your work":*

 *a. Means:*

 *(1) Work or operations performed by you or on your behalf; and*

 *(2) Materials, parts or equipment furnished in connection with such work or operations.*

 *b. Includes:*

 *(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and*

 *(2) The providing of or failure to provide warnings or instructions.*

30. The Policy includes the following relevant endorsement for coverage:

***ENDORSEMENT – EXCLUSION – DAMAGE TO WORK PERFORMED BY SUBCONTRACTORS ON YOUR BEHALF***

*This endorsement modifies insurance provided under the following:*

*COMMERCIAL GENERAL LIABILITY COVERAGE PART*

*Exclusion l. of Section I - Coverage A - Bodily Injury And Property Damage Liability is replaced by the following:*

*2. Exclusions*
 *This insurance does not apply to:*
  *l. Damage To Your Work*
  *"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".*

### C.  THE COMMERCIAL UMBRELLA POLICY

31. OIC issued commercial umbrella insurance to SUB in the form of Policy No. 51-783-214-00 with coverage effective dates of May 23, 2020, to May 23, 2021 (hereinafter "the

Umbrella Policy"). *See* Exhibit B.

32. The Umbrella Policy contains Commercial General Liability Coverage Form, commercial umbrella policy 26800 (7-05). The Commercial Umbrella Policy relate to coverage in this matter.

33. The Policy contains the following information for coverage of claims:

*COMMERCIAL UMBRELLA POLICY 26800 (7-05)*

*INSURING AGREEMENT*

*We agree to provide insurance relying on the statements in the Declarations and subject to all the terms and conditions of this policy. In return, you must pay the premium and comply with all policy terms and conditions.*

*DEFINITIONS.*

*I. **Incident** means either an occurrence or an offense, whichever is the basis of coverage, then:*

1. *When coverage applies on an occurrence basis, **incident** means an accident with respect to:*
    a. ***Bodily Injury**, including damages claimed by any person or organization for care, loss of services or death resulting at anytime from the bodily injury; or*
    b. ***Property Damage** including continuous or repeated exposure to substantially the same general harmful conditions. Continuous or repeated exposure to substantially the same general harmful conditions constitutes one **incident.***
2. *When coverage applies on an offense basis, **incident** means an offense committed by the **insured** resulting in **personal injury** or **advertising injury**, including all such injury sustained by any one person or organization.*

*J. **Insured** means the person(s) or organization(s) qualifying as such under the PERSONS AND ORGANIZATIONS INSURED section of this policy.*

*P. **Property Damage** means:*
1. *Physical injury to tangible property, including all resulting loss of use of that property. All such loss shall be deemed to occur at the time of the physical injury that caused the loss of use.*
2. *Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the **incident** that caused the loss of use.*

**FF. *Your work*** means:
1. Work or operations performed by ***you*** or on ***your*** behalf; and
2. Materials, parts or equipment furnished in connection with such work or operations.

***Your work*** includes warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of any of the items included in **1**. or **2**. immediately above.

***Your work*** also includes the providing of or failure to provide warnings or instructions relative to any of the items included in **1**. or **2**. immediately above.

### COVERAGE

A. ***We*** will pay those sums included in ***ultimate net loss*** that the ***insured*** becomes legally obligated to pay as damages because of: **2. *Property damage***.

B.  If the basis of coverage for an ***incident*** is: **1.** An occurrence: **a**. The ... ***property damage*** must take place during the policy term; and **b**. The ***incident*** must take place in the ***policy territory***;

### EXCLUSIONS

This policy does not apply to :

**Y. *Property damage*** to:

**7.** That particular part of any property that must be restored, repaired or replaced because your work was incorrectly performed on it. This exclusion does not apply to:
c. Y.7. to property damage included in the ***products-completed operations hazard.***

**AA. *Property damage*** to ***your work*** arising out of it or any part of it and included in the ***products-completed operations hazard.***

### PRODUCTS-COMPLETED OPERATIONS HAZARD DEFINITION AMENDATORY- FOLLOWING FORM
It is agreed:
Under DEFINITIONS, O. Products-completed operations hazard is deleted and replaced by the following definition.

**O. *Products-completed operations hazard*** includes all ***bodily injury*** and ***property damage*** occurring away from premises you own or rent and arising out of your product or your work except:
1. Products that are still in your physical possession; or

15

2. Work that has not yet been completed or abandoned. However, your work will be deemed completed at the earliest of the following times:
   a.   When all of the work called for in your contract has been completed.
   b.   When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.
   c.   When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

The **products-completed operations hazard** does not include bodily injury or property damage arising out of:
   1. The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or
   2. The existence of tools uninstalled equipment or abandoned or unused materials.

Except when otherwise excluded by this policy, this definition does not apply if any scheduled underlying insurance shown in the Declarations under the Schedule of Underlying Insurance provides such coverage and is maintained:
   1. At the agreed liability limits shown in the Schedule of Underlying Insurance; and
   2. In accordance with the Maintenance of Underlying Insurance condition.

### AMENDMENT OF EXCLUSIONS – CONTRACTORS – FORM 26455 (1-15)
*It is agreed:*
**B.**  *The following exclusions are added to the* **EXCLUSIONS** *section of the policy:*
**2. Bodily Injury, property damage** *or* **personal injury,** *arising out of:*
   **a.** *any professional service performed by or for you in the capacity of engineer, architect, or surveyor, including:*
      **(1)** *The preparation or approval, or the failure to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and*
      **(2)** *Supervisory, inspection or engineering services;*
   **b.** *Operations performed by or on behalf of any joint venture of which the insured is a member; or*
   **c**. *Any project insured under a wrap-up rating plan.*
**3. Bodily injury** *or* **property damage** *arising out of the* **products-completed operations hazard.** *Except when otherwise excluded by this policy, this exclusion does not apply if any* **scheduled underlying insurance** *shown in the Declarations under the Schedule of Underlying Insurance provides such coverage and is maintained:*
   a. *At the agreed liability limits shown in the Schedule of Underlying Insurance; and*
   b. *In accordance with the* **Maintenance of Underlying Insurance** *condition.*

16

34. OIC does not have and never had a duty to defend or indemnify SUB in the Construction Litigation under the GL Policy or the Umbrella Policy.

35. Neither the GL Policy nor the Umbrella Policy, by their express terms, conditions, insuring provisions, exclusions, and endorsements do not provide coverage, a defense or indemnification for the claims asserted by the Rowlands against SUB.

36. OIC, out of an abundance of caution, has nonetheless to date defended SUB in the Construction Litigation under a complete reservation of its rights.

37. OIC has relied upon and continues to rely upon the entirety of the GL Policy and Umbrella Policy, which are fully incorporated by reference herein.

38. OIC asserts that it has acted in good faith and in compliance with its duties of good faith and fair dealing with respect to SUB, in accordance with Utah law, and in defending SUB against the claims brought by the Rowlands and asserts that there is an issue of fair debate regarding whether a duty to defend and/or indemnify arises against the Rowland's Construction Litigation.

**COMPLAINT FOR DECLATORY RELIEF**
**(No Coverage Under the Policy)**

39. OIC incorporates each of the allegations set forth above as though fully set forth herein.

40. An actual dispute and controversy has arisen between OIC and SUB regarding whether there is insurance coverage available under the GL Policy and the Umbrella Policy for SUB for the Construction Litigation.

41. OIC owes no duty to defend or indemnify SUB in the Construction Litigation under the GL Policy for reasons including, but not necessarily limited to, the following: (1)

SUB cannot meet their burden in the Construction Litigation to show "bodily injury" or "property damage" caused by an "occurrence," as those terms are defined in the Policy; (2) the insurance does not apply to the Construction Litigation against SUB because coverage is excluded under the Policy exclusion 2.b. Contractual Liability found in Section I - COVERAGES; 3) the insurance does not apply to the Construction Litigation against SUB because coverage is excluded under the GL Policy exclusion j.5. Damage to Property found in SECTION I - COVERAGES; (4) the insurance does not apply to the Construction Litigation against SUB because coverage is excluded under GL Policy exclusion j.6. Damage to Property found in SECTION I – COVERAGES; (5) the insurance does not apply to the Construction Litigation against SUB because coverage is excluded under the GL Policy exclusion l. Damage to Your Work found in SECTION I – COVERAGES as modified by the endorsement to exclusion l. – Damage to Work Performed By Subcontractor on Your Behalf; and (6) the insurance does not apply to the Construction Litigation against SUB because coverage is excluded under the GL Policy exclusion m. Damage to Impaired Property or Property Not Physically Injured found in SECTION I – COVERAGES;

42. OIC owes no duty to defend or indemnify SUB in the Construction Litigation under the Umbrella Policy for reasons including, but not necessarily limited to, the following: (1) SUB cannot meet their burden in the Construction Litigation to show "bodily injury" or "property damage" caused by an "incident," as those terms are defined in the Umbrella Policy; (2) the insurance does not apply to the Construction Litigation against SUB because coverage is excluded under the Umbrella Policy

exclusion Y.7. Property damage; 3) the insurance does not apply to the Construction Litigation against SUB because coverage is excluded under the Umbrella Policy exclusion A.A. Property damage to your work; and (4) the insurance does not apply to the Construction Litigation against SUB because coverage is excluded under the Umbrella Policy Amendment of Exclusions – Contractors – Form 26455 (1-15).

43. There is no adequate remedy by which these controversies may be resolved other than the relief requested herein.

44. The GL Policy's and the Umbrella Policy's insuring clauses, terms, and exclusions operate to relieve OIC of any duty to defend or indemnify SUB in the Construction Litigation.

45. Based on the foregoing, the Court should issue a declaratory judgment indicating the GL Policy and Umbrella Policy do not provide coverage for SUB for the claims asserted against SUB by the Rowlands and that OIC owes no duty to defend SUB in the Construction Litigation brought by the Rowlands.

46. To the extent that the Rowlands allege any successful cause of action against SUB and are determined to be entitled to damages from SUB, the Court should issue a declaratory judgment ruling that OIC is not required to indemnify SUB or pay any settlement or judgment to the Rowlands for those damages.

**PRAYER FOR RELIEF**

WHEREFORE OIC prays for the following relief and declaration:

1. That the Court declare the rights and obligations of each of the parties with regard to the dispute;

SLC 7479222.1

2. That the Court declare there is no coverage under the GL Policy for SUB in the Construction Litigation.

3. That the Court declare there is no coverage under the Umbrella Policy for SUB in the Construction Litigation.

4. That the Court enter a declaratory judgment that OIC has no duty under the GL Policy to defend or indemnify SUB as set forth herein.

5. That the Court enter a declaratory judgment that OIC has no duty under the Umbrella Policy to defend or indemnify SUB as set forth herein.

6. As coverage is precluded under the GL Policy and the Umbrella Policy, OIC is entitled to withdraw from the defense of SUB in conjunction with the Construction Litigation.

7. For costs of suit; and,

8. Any other relief that the Court deems just and equitable.

DATED this 6th day of May 2025.

SPENCER FANE LLP

/s/ Joel D. Taylor
JOEL D. TAYLOR
OSCAR R. CASTRO
SMITH R. STUBBS
*Attorneys for Owners Insurance Company and Auto-Owners Insurance Company*

Plaintiff Owners Insurance Company
and Auto-Owners Insurance Company
c/o Joel D. Taylor
Spencer Fane LLP
10 Exchange Place, 11th Floor
Salt Lake City, UT 84111

SLC 7479222.1